Teresa N. COSBY, Plaintiff—Appellant,

v.

**LEGAL SERVICES CORPORATION,**
Defendant—Appellee,

and

John Eidleman, in his capacity as Vice President of the Legal Services Corporation and in his individual capacity; Danillo Cardona; David de La Tour,

in their capacities as employees of the Legal Services Corporation and in their individual capacities, Defendants.

No. 06–1787.

United States Court of Appeals, Fourth Circuit.

Submitted: April 30, 2007.

Decided: May 11, 2007.

Willie F. Bradley, Jr., Law Offices of Willie F. Bradley, Jr. LLC, Columbia, South Carolina; J. Todd Rutherford, The Rutherford Law Firm, Columbia, South Carolina, for Appellant. William S. Brown, Elizabeth M. McMillan, Nelson Mullins Riley & Scarborough LLP, Greenville, South Carolina, for Appellee.

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa N. Cosby appeals the district court's order granting the Legal Services Corporation's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cosby v. Legal Servs. Corp.,* No. 6:05–cv–00131–GRA (D.S.C. May 12, 2006 & June 8, 2006). We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*